UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | |
|    ERIN M. MYERS | : | Bankruptcy No. 5:23-bk-00215 |
|    Debtor | : | |
| | : | Chapter 7 |

# ORDER

**AND NOW,** this _____ day of _____, 2023, upon the Motion of Debtor and after Notice and Hearing, it is hereby **ORDERED** and **DECREED** that:

The Lien placed against Debtor by **SCHUYLKILL HAVEN BOROUGH**, entered in the Court of Common Pleas of Schuylkill County, Pennsylvania, Docket #J-4822-2017, is hereby **GRANTED** and the security interest created by said Judicial Lien is hereby AVOIDED under section 11 U.S.C. §724.

_____
Bankruptcy Judge