**FORM C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:
ERIN MYERS )
) Chapter: 7
)
) Case Number: 5:23-BK-00215
)
DEBTOR(S) )

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on **March 20, 2023**, I served a copy of **Motion to Avoid Judicial Lien, Notice, Proposed Order** on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| Schuylkill Haven Borough<br>333 Center Avenue<br>Schuylkill Haven, PA 17972 | U.S.P.S. Regular First Class Mail |
|  |  |
|  |  |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 20, 2023

Name: s/ Robert M. Reedy
*Printed Name of Attorney*
Address: 7 East Main Street

Schuylkill Haven, PA 17972

Revised: 03/22/05