United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00215-MJC |
| Erin M Myers | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Apr 21, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5519596 | + | Schuylkill Haven Borough, 333 Center Avenue, Schuylkill Haven, PA 17972-1007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Michael Patrick Farrington | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust mfarrington@kmllawgroup.com |
| Robert M. Reedy | on behalf of Debtor 1 Erin M Myers attyreedy@yahoo.com bill_crown@hotmail.com;attyreedy@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

Case 5:23-bk-00215-MJC    Doc 23    Filed 04/23/23    Entered 04/24/23 00:21:33    Desc
Imaged Certificate of Notice    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Erin M. Myers,<br>　　　Debtor | :<br>:<br>:<br>: | CHAPTER 7<br><br>CASE NO. 5:23-bk-00215-MJC |
| Erin M. Myers,<br>Movant<br><br>　　v.<br><br>Schuylkill Haven Borough,<br>　　Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

### ORDER DENYING MOTION TO AVOID LIEN OF RESPONDENT
### UNDER SECTION 522(f) OF THE BANKRUPTCY CODE

Upon consideration of the Motion to Avoid Lien of Respondent under Section 522(f) of the Bankruptcy Code, Dkt. # 14 ("Motion"), it is hereby

**ORDERED AND DECREED** that the Motion is **DENIED** without prejudice for failure to comply with the service requirements under Fed. R. Bankr. P. 7004(b)(6).

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 20, 2023