United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Erin M Myers  
    Debtor

Case No. 23-00215-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 3  
Date Rcvd: May 25, 2023      Form ID: 318      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erin M Myers, 26 South Margaretta Street, Schuylkill Haven, PA 17972-1662 |
| 5519571 | + | American Express Paymnt Processing, POB 650448, Dallas, TX 75265-0448 |
| 5519573 | + | Apex Asset, POB 5407, Lancaster, PA 17606-5407 |
| 5519575 | + | AscensionPoint Recovery Services, 200 Coon Rapids Blvd, Suite 200, Minneapolis, MN 55433-5867 |
| 5519579 | + | Chase Cardmember Services, POB 858, Minneapolis, MN 55440-0858 |
| 5519581 | + | Citibank, N.A., POB 369, Houston, TX 77001-0369 |
| 5519585 | + | Creditech, POB 20330, Lehigh Valley, PA 18002-0330 |
| 5519587 | + | Geisinger, POB 983154, Boston, MA 02298-3154 |
| 5519588 | + | Joseph D. Chipriano DMD, 2000 W Market Street, Pottsville, PA 17901-1917 |
| 5519590 | + | Law Offices of Hayt & Landau, LLC, Meridian Center 1, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 5519592 | + | PGAC of OHIO, POB 305076, Nashville, TN 37230-5076 |
| 5519594 | + | Satish C. Singla MD, 700 Schuylkill Manor Road, Pottsville, PA 17901-3849 |
| 5519595 | + | Schuylkill County Courthouse, Prothonotary's Office, 401 North Second Street, Pottsville, PA 17901-1756 |
| 5519596 | + | Schuylkill Haven Borough, 333 Center Avenue, Schuylkill Haven, PA 17972-1007 |
| 5519597 | + | Spark Orthodontics, PC, 3076 Schoenersville Road, Bethlehem, PA 18017-2210 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | May 25 2023 22:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5519574 | + | Email/Text: legal@arsnational.com | May 25 2023 18:47:00 | ARS National Services Inc, POB 469100, Escondido, CA 92046-9100 |
| 5519576 | + | EDI: CINGMIDLAND.COM | May 25 2023 22:45:00 | AT&T Mobility, POB 5087, Carol Stream, IL 60197-5087 |
| 5519570 | + | Email/PDF: bncnotices@becket-lee.com | May 25 2023 19:05:22 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 5519572 | + | Email/PDF: bncnotices@becket-lee.com | May 25 2023 19:05:12 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5519578 | + | EDI: CAPITALONE.COM | May 25 2023 22:45:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5519580 | | EDI: CITICORP.COM | May 25 2023 22:45:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 5519582 | + | EDI: WFNNB.COM | May 25 2023 22:45:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5519583 | + | EDI: WFNNB.COM | May 25 2023 22:45:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5519584 | + | EDI: WFNNB.COM | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | May 25 2023 22:45:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5519586 | | Email/Text: ECF@fayservicing.com | May 25 2023 18:47:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 5519589 | + | Email/Text: PBNCNotifications@peritusservices.com | May 25 2023 18:47:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5519591 | + | Email/Text: bankruptcydepartment@tsico.com | May 25 2023 18:47:00 | Nationwide Credit, Inc, POB 15130, Wilmington, DE 19850-5130 |
| 5519577 | | Email/Text: Bankruptcy.Notices@pnc.com | May 25 2023 18:47:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 5519598 | + | EDI: RMSC.COM | May 25 2023 22:45:00 | Syncb/Care Syn Car, Attn: Bankruptcy, POB 965033, Orlando, FL 32896-5033 |
| 5519856 | + | EDI: RMSC.COM | May 25 2023 22:45:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5519599 | + | EDI: RMSC.COM | May 25 2023 22:45:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5519593 | ##+ | Revolutionary Home Health, 1259 S. Cedar Crest Blvd, Suite 255, Allentown, PA 18103-6377 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Michael Patrick Farrington | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust mfarrington@kmllawgroup.com |
| Robert M. Reedy | on behalf of Debtor 1 Erin M Myers attyreedy@yahoo.com bill_crown@hotmail.com;attyreedy@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Erin M Myers<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7029<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:23-bk-00215-MJC | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Erin M Myers

5/25/23

**By the court:**

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Order of Discharge**                           page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**